UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x

CARLOS ROBERTO VILORIO,

                Petitioner,

   -against-

PAMELA JO BONDI, in her official capacity as
Attorney General of the United States;
KRISTI NOEM, in her official capacity as
Secretary of the U.S. Department of Homeland
Security; TODD M. LYONS, in his official
capacity as Acting Director of U.S. Immigration
and Customs Enforcement; JUDITH ALMODOVAR,
in her official capacity as Field Office Director,
Enforcement and Removal Operations, New
York City, U.S. Immigration and Customs
Enforcement; PAUL ARTETA, in his official
capacity as Sheriff of the Orange County Sheriff's
Office; LAWRENCE CATLETTI, in his official
capacity as Colonel of the Corrections Division
at the Orange County Correctional Facility;

                Respondents.

---------------------------------------------------------------x

A-097-517-144,

Civil Action No.:

KMK

## [PROPOSED] TEMPORARY RESTRAINING ORDER

Upon consideration of Petitioner **Carlos Roberto Vilorio's** Emergency Petition for Writ of Habeas Corpus and Request for Immediate Release, together with the accompanying Memorandum of Law, declarations, and exhibits, and the Court having found that immediate and irreparable injury will result before Respondents can be heard in opposition, it is hereby **ORDERED** as follows:

### FINDINGS

The Court finds: 1. Petitioner has been granted **deferral of removal under the Convention Against Torture**, which remains in full force and effect. 2. ICE detained Petitioner without initiating termination procedures required by **8 C.F.R. § 1208.17(d)** and without any individualized custody determination. 3. Petitioner's whereabouts were concealed for a period of

time, and he was subjected to coercive statements by ICE officers intended to undermine the attorney-client relationship. 4. Petitioner is presently detained at the **Orange County Correctional Facility, 110 Wells Farm Road, Goshen, NY 10924**, after multiple rapid transfers and periods of concealed custody, and ICE has indicated he may still be moved again imminently—including to New Jersey—which would impair this Court's jurisdiction and Petitioner's access to counsel. 5. Petitioner has demonstrated a likelihood of success on the merits, irreparable harm in the absence of emergency relief, and that the balance of equities and public interest strongly favor relief.

## TEMPORARY RESTRAINING ORDER

It is hereby **ORDERED** that:

### 1. No Transfer Order

Respondents, their agents, employees, contractors, and all persons acting in concert with them are **ENJOINED** from transferring Petitioner **out of the Southern District of New York**, including but not limited to any transfer to New Jersey or any other ICE, county, private contract, staging, or temporary holding facility, **pending further order of this Court**.

### 2. No Removal from the United States

Respondents are further **ENJOINED** from removing Petitioner from the United States **pending further order of this Court**, in order to preserve jurisdiction and protect Petitioner's rights under federal law and the Convention Against Torture.

### 3. Immediate Access to Counsel

Respondents shall ensure that Petitioner has immediate and continuing access to counsel, including confidential legal calls and in-person visitation, as required for litigation preparation.

### 4. Preservation of Records

Respondents shall preserve all documents, electronic communications, custody logs, transport records, and notes relating to Petitioner's arrest, detention, location history, and any attempted or planned transfer.

### 5. Show Cause Order   (See below)

KMK

~~Respondents shall **SHOW CAUSE** within ____ days why a preliminary injunction should not issue continuing the above relief during the pendency of Petitioner's habeas proceedings.~~

### 6. Notice of Any Intended Transfer or Removal

Respondents shall provide Petitioner's counsel with **no less than 48 hours' advance notice** of any intended transfer, temporary staging transfer, movement between facilities, or removal of Petitioner, including notice of the date, time, method, and destination of any such action.

**7. Service by the Clerk of Court**

The ~~Clerk of Court~~ *Petitioner's counsel* is directed to promptly serve this Temporary Restraining Order, together with the Petition, Memorandum of Law, declarations, exhibits, and all other initiating documents filed in support of the Petition, upon all Respondents by the most expeditious means available, including electronic service via ECF upon the United States Attorney's Office for the Southern District of New York and direct transmission to the Attorney General of the United States, the Department of Homeland Security, U.S. Immigration and Customs Enforcement, and the Orange County Correctional Facility officials named as Respondents.

Service of this Order and the initiating documents shall be deemed service of all supporting materials, which are available through the Court's ECF system. The United States Attorney's Office is directed to access and review the complete set of filings through ECF and to ensure that all Respondents are apprised of the contents.

The ~~Clerk of Court~~ *Petitioner's counsel* is further directed to serve any additional writs, orders, directions, or other documents issued by the Court in the course of these proceedings, unless the Court specifies otherwise. The Clerk shall docket proof of all such service forthwith.

**SO ORDERED.**

Dated: December 11, 2025
New York, New York

*[signature]*
United States District Judge

8. Opposition papers are due by 12:00 pm on 12/17/25. Reply papers are due by 12:00 pm on 12/19/25.

9. The Court will hold a hearing at 10:30 am on 12/22/25.