UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CARLOS ROBERTO VILORIO,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　v.<br><br>PAMELA JO BONDI, *et al.*,<br><br>　　　　　　　　　　Respondents. | No. 25-CV-10254 (KMK)<br><br>ORDER |

KENNETH M. KARAS, United States District Judge:

　　On December 11, 2025, Carlos Roberto Vilorio ("Petitioner"), who is detained at the Orange County Correctional Facility pending his removal from the United States, filed this emergency petition ("Petition") for a writ of habeas corpus, seeking his immediate release from detention. The Court granted a temporary restraining order on December 11, 2025, enjoining his removal or transfer.

　　For reasons stated on the record at the hearing on December 22, 2025, the Petition is denied. The denial is without prejudice, and as facts bearing on Petitioner's likelihood of removal continue to develop, Petitioner may apprise the Court of those facts and/or renew his Petition if those new facts provide grounds to do so.

　　Respondents are ordered to comply with the U.S. Department of Homeland Security's guidelines for ensuring third-country removals comport with the Convention Against Torture as to Petitioner, and are further ordered, pursuant to Respondents' representation in the December 22, 2025 hearing, to provide Petitioner sufficient notice and an opportunity to be heard before his removal to any third country. Respondents are also ordered not to terminate Petitioner's deferral

of removal to El Salvador without complying with the procedures set forth in 8 C.F.R. § 1208.17.  Failure to comply with this Order may result in contempt of court.

The Court shall retain jurisdiction of this matter to enforce compliance with this Order. Petitioner may not be removed from the United States prior to compliance with this Order.

The Parties shall propose potential dates for an evidentiary hearing on immigration officers' statements to Petitioner after his arrest, as discussed at the December 22, 2025 hearing.

The Parties shall appear for an in-person status conference at 3:30 PM on February 12, 2025, and should be prepared to discuss any factual development in Respondents' efforts to remove Petitioner.

SO ORDERED.

DATED:   December 23, 2025
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE